# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

# BATON ROUGE DIVISION

SEAHAWK LIQUIDATING TRUST, as    :    **DOCKET NO. 3:12-081**
Trustee of Seahawk Drilling, Inc.

VS.                      :    **JUDGE TRIMBLE**

CERTAIN UNDERWRITERS AT    :    **MAGISTRATE JUDGE KAY**
LLOYDS, LONDON, ET AL

## JUDGMENT

For the reasons stated in the Trial Opinion of the court rendered this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Certain Underwriters at Lloyds, London, Ace European Group Limited, National Union Fire Insurance Company of Pittsburgh, PA, Axis Specialty Europe Limited, Lancashire Insurance Company, Swiss Re International SE, Aspen Insurance UK Limited, Berkley Insurance Company, Arch Insurance Company, and International Insurance Company of Hannover, LTD, Hudson Specialty Insurance Company, Navigators Insurance Company, New York Marine & General Insurance Co. and Torus Insurance and against plaintiff, Seahawk Drilling Liquidating Trust as Trustee of Seahawk Drilling, Inc., dismissing all of plaintiff's demands. All costs in this case are hereby assessed against plaintiff.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _16_ day of March, 2015.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE